# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2963

_____

Laveida Jones

*Plaintiff - Appellant*

v.

Randolph County, Arkansas; David Jansen, in his official capacity; Randy
Patterson, in his individual capacity; Stacy Ingram, in her official capacity as
Randolph County Food Plan Administrator

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: March 22, 2016
Filed: March 24, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas resident Laveida Jones filed this civil rights action against current
and former county officials, claiming they retaliated against her and violated her due

process and equal protection rights.  The district court[1] granted defendants' motion for summary judgment, and Jones appeals.  Following careful de novo review, we agree with the district court that there is no genuine dispute as to any material fact, and that defendants are entitled to judgment as a matter of law.  See Fed. R. Civ. P. 56(a) (summary judgment proper when there is no genuine dispute as to any material fact and movant is entitled to judgment as matter of law); Holt v. Howard, 806 F.3d 1129, 1132 (8th Cir. 2015) (grant of summary judgment is reviewed de novo, viewing facts in light most favorable to nonmoving party and giving that party benefit of all reasonable inferences that can be drawn from record).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.